No. 410. U. S. STEEL PRODUCTS CO. ET AL. *v.* NAVIGAZIONE LIBERA TRIESTINA SOCIETA ANONIMA ET AL.; and
No. 411. AMERICAN PRINTING INK CO. ET AL. *v.* SAME. November 7, 1932. Petition for writs of certiorari to the

654

Circuit Court of Appeals for the Second Circuit denied. *Mr. Forrest E. Single* for petitioners. *Mr. Roscoe H. Hupper* for respondents.